[No. 4110–7–III.   Division Three.   December 1, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE
JOSEPH FRAM, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 15628–R015, Carl L. Loy, J., entered June 24, 1980. *Affirmed* by unpublished opinion per Mer-

ritt, J. Pro Tem., concurred in by McInturff, C.J., and Green, J.